29 So.2d 894

**Oscar R. CHANEY v. STATE.**

8 Div. 549.

Court of Appeals of Alabama.

Feb. 11, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

29 So.2d 894

**Rudolphus CHANNELL v. STATE.**

6 Div. 299.

Court of Appeals of Alabama.

Jan. 14, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

36 So.2d 608

**Arthur A. CHAPPELL v. STATE.**

7 Div. 950.

Court of Appeals of Alabama.

June 1, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

34 So.2d 31

**Sam CHEEK v. STATE.**

6 Div. 473.

Court of Appeals of Alabama.

Jan. 13, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

35 So.2d 918

**James CHERRY v. STATE.**

6 Div. 579.

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

29 So.2d 894

**Maudie CHILDERS v. STATE.**

6 Div. 345.

Court of Appeals of Alabama.

Nov. 19, 1946.

Chester Austin, of Birmingham, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.